# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MICHAEL DEWAYNE HASTINGS                             PLAINTIFF
ADC # 110772

v.                  No. 2:15-cv-48-DPM-JJV

BOBBY MAY, Sheriff, St. Francis County
Sheriff Department; GLEN RAMSEY, Captain,
St. Francis County Sheriff Department;
and J. R. KERSERY, Detective, CID Division,
St. Francis County Sheriff Department                    DEFENDANTS

## ORDER

In its recent Order, № 4, the Court intended to include directions to the U.S. Marshals about service, but forgot to do so. The Court directs the Marshals to serve summons, the complaint, the Court's 19 June 2015 Order, and this Order on Bobby May, Glen Ramsey, and J.R. Kersery.

So Ordered.

*[signature]*
D. P. Marshall Jr.
United States District Judge

25 June 2015