IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL DEWAYNE HASTINGS
ADC # 110772                                                                     PLAINTIFF

v.                                       2:15-cv-48-DPM

BOBBY MAY, GLEN RAMSEY,
AND J.R. KERSEY                                                                  DEFENDANTS

## ORDER

Hastings's amended complaint, № 6, provides enough specifics to state a claim that his religious beliefs were violated. His First Amendment claim may therefore proceed along with his Eighth Amendment claim alleging excessive force. The Court directs the Clerk to file a copy of Hastings's initial complaint, № 2, as an exhibit to his amended complaint, № 6, so the two can be read together going forward.

So Ordered.

*D.P. Marshall Jr.*
*signature*
D.P. Marshall Jr.
United States District Judge

9 July 2015