IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL DEWAYNE HASTINGS                                       PLAINTIFF
ADC # 110772

v.                          No. 2:15-cv-48-DPM

BOBBY MAY, Sheriff, St. Francis County
Sheriff's Department; GLEN RAMSEY, Captain,
St. Francis County Sheriff's Department; and
J.R. KERSERY, Detective, CID Division, St. Francis
County Sheriff's Department                                   DEFENDANTS

ORDER

Hastings must update his address and respond to Defendants' motion to dismiss, № 17, by 24 February 2016. If he doesn't, then his case will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 January 2016