IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL DEWAYNE HASTINGS                                    PLAINTIFF
ADC # 110772

v.                          No. 2:15-cv-48-DPM

BOBBY MAY, Sheriff, St. Francis County
Sheriff's Department; GLEN RAMSEY, Captain,
St. Francis County Sheriff's Department; and
J.R. KERSERY, Detective, CID Division, St. Francis
County Sheriff's Department                                 DEFENDANTS

JUDGMENT

Hastings's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 February 2016